Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
Jody W. Hagins, Esq.
Nevada Bar No. 11983
REISMAN SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: lgarfinkel@rsnvlaw.com
Email: jhagins@rsnvlaw.com

Attorneys for Defendant Lyft, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTONAY ARNETTA HOOKS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS LOPEZ-RIVERO, an individual; LYFT INC., a Foreign Corporation; DOES I through XV, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00619-RFB-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

///

///

///

///

///

///

///

1

The parties, by and through their undersigned counsel, and in accordance with LR IA 6-2, and LR 7-1, hereby stipulate and agree that this litigation be dismissed with prejudice as to all defendants, with each party to bear their own attorneys' fees and costs.

DATED this 1st day of May 2024.

THE702FIRM

/s/Chet A. Glover, Esq.
Gina M. Corena, Esq.
Nevada Bar No. 10330
Chet A. Glover, Esq.
Nevada Bar No. 10054
300 South Fourth Street, Suite 400
Las Vegas, Nevada 89101
Telephone:  702-680-1111
*Attorneys for Plaintiff*
*Antonay Arnetta Hooks*

DATED this 1st day of May 2024.

REISMAN SOROKAC

/s/Jody W. Hagins, Esq.
Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
Jody W. Hagins, Esq.
Nevada Bar No. 11983
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone:  702-727-6258
*Attorneys for Defendant*
*Lyft, Inc.*

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: May 3, 2024.